UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24887-CIV-ALTONAGA/Goodman

**GLORIA WILSON**,

    Plaintiff,
v.

**SANOFI-AVENTIS U.S. LLC.**; *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court at a December 4, 2019 Status Conference [ECF No. 5]. Counsel for Plaintiff, Gloria Wilson, has notified the Court this case may be transferred to a different district pending a decision by the United States Judicial Panel on Multidistrict Litigation. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

2. The Clerk is directed to mark this case **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen this case at the appropriate time

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record